WILL BRADLEY v. THE STATE.

No. 9648. Delivered Oct. 14, 1925.

**Driving a Motor Vehicle While Intoxicated—Appeal Dismissed.**

Upon the written request, of the appellant, duly verified by his affidavit, the appeal is dismissed.

Appeal from the Criminal District Court No. 2 of Dallas county. Tried below before the Hon. Chas. A. Pippen, Judge.

Appeal from a conviction of driving a motor vehicle while intoxicated; penalty, one year in the State penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the offense of driving a motor vehicle while intoxicated; punishment fixed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

*Dismissed.*